
1  Benjamin C. Deming (State Bar No. 233687)
   bdeming@rutan.com
2  Hani Z. Sayed (State Bar No. 224233)
   hsayed@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
5  Facsimile:    714-546-9035

6  Attorneys for Plaintiff
   NIAGARA BOTTLING, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIAGARA BOTTLING, LLC, a Delaware limited liability company,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    vs.<br><br>ALKA PRODUCTS, INC., a California Corporation,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 5:17-cv-01688<br><br>**NIAGARA BOTTLING, LLC'S ANSWER TO COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date Action Filed:  August 21, 2017<br>Trial Date: |

Plaintiff/Counterclaim Defendant NIAGARA BOTTLING, LLC ("Niagara") answers Defendant/Counterclaim Plaintiff ALKA PRODUCTS, INC. ("Alka Products") Counterclaims as follows:

## ANSWER TO COUNTERCLAIMS

25.  This paragraph does not contain allegations and as such Niagara believes that no response is required to this paragraph.  To the extent an answer is required, Niagara denies the allegations in this paragraph.

## THE PARTIES

26.  Admit.

27.  Admit.

## JURISDICTION AND VENUE

28. Admit.

29. Admit.

30. Admit.

## GENERAL ALLEGATIONS

31. Niagara is without knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 31, and therefore denies them.

32. Niagara admits that Alka Products markets its drinking water under the brand Alka Power. Niagara admits that Alka Products advertises the Alka Power products as having a pH in the range of 9-10. Niagara is without knowledge or information sufficient to form a belief as to the remainder of the allegations set forth in paragraph 32, and therefore denies them.

33. Admit.

34. Denied.

35. Admit.

## FIRST COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,572,902)**

36. Niagara incorporates its responses to the above paragraphs herein by reference.

37. Admit.

38. Denied.

39. Denied.

40. Denied.

//
//
//
//
//

## PRAYER FOR RELIEF

WHEREFORE, Niagara denies the allegations of Alka Products' Prayer For Relief and denies that Alka Products is entitled to any relief whatsoever and requests that the Court deny Alka Products' Prayer for Relief in all respects.

Dated: December 21, 2017

RUTAN & TUCKER, LLP
BENJAMIN DEMING
HANI SAYED

By: */s/ Benjamin C. Deming*
Benjamin C. Deming
Attorneys for Plaintiff NIAGARA BOTTLING, LLC.

## DEMAND FOR JURY TRIAL

Plaintiff NIAGARA BOTTLING, LLC demands a jury trial on all issues triable to a jury in this matter.

Dated: December 21, 2017

RUTAN & TUCKER, LLP
BENJAMIN DEMING
HANI SAYED

By: */s/ Benjamin C. Deming*
Benjamin C. Deming
Attorneys for Plaintiff NIAGARA BOTTLING, LLC.