1 | Benjamin C. Deming (State Bar No. 233687)
bdeming@rutan.com
2 | Hani Z. Sayed (State Bar No. 224233)
hsayed@rutan.com
3 | RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
4 | Costa Mesa, California 92626-1931
Telephone: 714-641-5100
5 | Facsimile:  714-546-9035

6 | Attorneys for Plaintiff
NIAGARA BOTTLING, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIAGARA BOTTLING, LLC, a Delaware limited liability company,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    vs.<br><br>ALKA PRODUCTS, INC., a California Corporation,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 5:17-cv-01688-CAS-SHK<br><br>**JOINT STIPULATION TO DISMISS**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY]** |

    IT IS HEREBY STIPULATED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between Plaintiff/Counterclaim Defendant Niagara Bottling, LLC and Defendant/Counterclaim Plaintiff Alka Products, Inc., by and through their respective counsel of record, that all claims and counter-claims in the above-referenced matter be dismissed without prejudice, and that the matter be dismissed. Each party shall bear its own costs and fees.

Dated: September 26, 2018    RUTAN & TUCKER, LLP
    HANI SAYED
    BENJAMIN C. DEMING

    By: /s/ *Benjamin Deming*
        Benjamin C. Deming
        Attorneys for Plaintiff/Counterclaim Defendant NIAGARA BOTTLING, LLC

Dated: September 26, 2018    STRADLING YOCCA CARLSON & RAUTH, P.C.
    DOUGLAS Q. HAHN

    By: /s/ *Douglas Q. Hahn*
        Douglas Q. Hahn
        Attorneys for Defendant/Counterclaim Plaintiff ALKA PRODUCTS, INC.

### L.R. 5-4.3.4 Attestation

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

    By: /s/ *Benjamin Deming*
        Benjamin C. Deming